In the matter of the appeal from the decree of the Orphans
Court of Atlantic county allowing account and adjudica-
tion upon exceptions, in the matter of the estate of
ROBERT A. JOHNSTON, deceased.

[Decided February 4th, 1941.]

*Mr. Lee F. Washinglon,* for the appellant.

*Mr. Walter E. Beyer,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-
Ordinary Sooy, and reported at *127 N. J. Eq. 576.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE,
BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For modificalion as lo fees*—CASE, BODINE, DONGES, PER-
SKIE, PORTER, JJ. 5.